February 12, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CAREY JAMES BURTON JUNIOR, Appellant

NO. 14-14-00745-CR            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to dismiss the appeal. Having considered the motion, the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.